IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  TIMOTHY KELLER MESSNER           CHAPTER 13
                    DEBTOR                CASE NO.: 1:18-bk-05007

**NOTICE OF ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of Timothy Keller Messner for the above referenced case.

                              **By: /s/ Nicholas G. Platt____**
                              Nicholas G. Platt 327239
                              MOONEY LAW
                              230 York Street
                              Hanover, PA 17331
                              ngp@mooney4law.com
                              (717) 632-4656 Phone
                              (717) 632-3612 Fax

Dated: March 2, 2021____