IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: See Attached Case List        Case Nos.: See Attached Case List

### NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD

Comes now Stephen Wade Parker, listed as attorney of record in the attached list of cases being Mooney Law cases and not his personally, hereby provides this Notice of Withdrawal as Attorney of Record and affirms to the Court, the client and all other attorneys and parties of record:

1. Attorney Stephen Wade Parker worked for Mooney Law firm as a full-time employee from early 2016 through February 5, 2021.

2. As an employee of Mooney Law, all cases filed under Attorney Stephen Wade Parker or wherein Attorney Stephen Wade Parker entered his appearance during the aforementioned time period are property and responsibility of Mooney Law.

3. Mooney Law has a bankruptcy attorney on staff, Attorney Nicholas Platt.

4. No Debtors would be negatively impacted from Attorney Stephen Wade Parker's withdrawal.

5. Removal of Attorney Stephen Wade Parker from the attached list of cases will provide more clarity to the Court's "docket" for each case.

6. The Clerk of the Court shall enter the withdrawal of Attorney Stephen Wade Parker as counsel from the attached list of cases upon receipt of this Notice.

Dated: June 28, 2021        /s/Stephen Wade Parker
Stephen Wade Parker
PA Attorney License 315606
Etzweiler and Withers LLC
105 North Front Street
Suite 101
Harrisburg, PA 17101
717-234-5600
wparker@etzweilerwithers.com

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: See Attached List          Case Nos.: See Attached List

## Certificate of Service

I certify that on June 28, 2021 a true and accurate copy of the Notice of Withdrawal as Attorney of Record was served on the clients and all other counsel of record on the attached case list by electronic filing.

/s/Stephen Wade Parker

# Select a Case

There was 1 matching person.

There were 203 matching cases.

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Parker, Stephen Wade (aty) (203 cases) | 1:16-bk-01595-HWV | Monica Lisa Hertzog | 13 | 04/15/16 | N/A | N/A |
| | 1:16-bk-01660-HWV | Michael L. Crone | 13 | 04/19/16 | N/A | N/A |
| | 1:16-bk-02949-HWV | Donald I. Buchter and Debra M Buchter | 13 | 07/19/16 | N/A | N/A |
| | 1:16-bk-03441-HWV | Thomas Leonard Parichuk | 13 | 08/18/16 | N/A | N/A |
| | 1:16-bk-03672-HWV | Jessica L. Etzle | 13 | 09/07/16 | N/A | N/A |
| | 1:16-bk-04524-HWV | Dean S Shields and Tara Lynn Shields | 13 | 11/02/16 | N/A | N/A |
| | 1:16-bk-04961-HWV | Kevin Andrew Whitzel and Cindy L. Whitzel | 13 | 12/06/16 | N/A | N/A |
| | 1:16-bk-05088-HWV | Jerry Neil Patrick and Bethel MaryAnn Patrick | 13 | 12/15/16 | N/A | N/A |
| | 1:16-bk-05143-HWV | James A. Costella and Rebecca S. Costella | 13 | 12/20/16 | N/A | N/A |
| | 1:17-bk-00012-HWV | Jeffrey Forsythe | 13 | 01/03/17 | N/A | N/A |
| | 1:17-bk-00043-HWV | Donald R. Blanks, Sr. | 13 | 01/05/17 | N/A | N/A |
| | 1:17-bk-00051-HWV | Dennis E. Cottrell and Shirley A. Cottrell | 13 | 01/06/17 | N/A | N/A |
| | 1:17-bk-00779-HWV | Janell Faye Emswiler | 13 | 02/28/17 | N/A | N/A |
| | 1:17-bk-00876-HWV | RoxAnne E. Franklin | 13 | 03/06/17 | N/A | N/A |
| | 1:17-bk-01237-HWV | Paul E. Reusing and Stacie D. Reusing | 13 | 03/29/17 | N/A | N/A |
| | 1:17-bk-01639-HWV | Gregory A. Bowman and Gail A. Bowman | 13 | 04/20/17 | N/A | N/A |
| | 1:17-bk-01654-HWV | Francis D Miller | 13 | 04/21/17 | N/A | N/A |

| Case Number | Debtor Name | Chapter | Date Filed | | |
|---|---|---|---|---|---|
| 1:17-bk-02022-HWV | Robert S. Frye | 13 | 05/16/17 | N/A | N/A |
| 1:17-bk-02231-HWV | Scott Ross Goshorn | 13 | 05/30/17 | N/A | N/A |
| 1:17-bk-02252-HWV | Lesa Leann Summers | 13 | 05/31/17 | N/A | N/A |
| 1:17-bk-02613-HWV | Terry Thomas Rodgers | 13 | 06/22/17 | N/A | N/A |
| 1:17-bk-03021-HWV | Shannon L. Godfrey | 13 | 07/21/17 | N/A | N/A |
| 1:17-bk-03118-HWV | Robert C. Merrick | 13 | 07/28/17 | N/A | N/A |
| 1:17-bk-03233-HWV | Marlene Pierce | 13 | 08/04/17 | N/A | N/A |
| 1:17-bk-03264-HWV | Hilary John Brust and Julie A. Brust | 13 | 08/08/17 | N/A | N/A |
| 1:17-bk-03477-HWV | Brian Robert Walker and Seanna Christina Walker | 13 | 08/23/17 | N/A | N/A |
| 1:17-bk-03557-HWV | David Mark Mobley and Brenda Sue Mobley | 13 | 08/29/17 | N/A | N/A |
| 1:17-bk-03567-HWV | Rodney J. Haubert and Julie M. Haubert | 13 | 08/30/17 | N/A | N/A |
| 1:17-bk-03576-HWV | Robert E. Shultz | 13 | 08/30/17 | N/A | N/A |
| 1:17-bk-03763-HWV | Wayne E. Wolfe | 13 | 09/12/17 | N/A | N/A |
| 1:17-bk-04404-HWV | Thomas A. Frederick | 13 | 10/23/17 | N/A | N/A |
| 1:17-bk-04424-HWV | Teresa J. Reed | 13 | 10/24/17 | N/A | N/A |
| 1:17-bk-04472-HWV | Marc D. Cree | 13 | 10/27/17 | N/A | N/A |
| 1:17-bk-04583-HWV | Richard M. Merritts, Jr. and Lisa D. Merritts | 13 | 11/03/17 | N/A | N/A |
| 1:17-bk-04661-HWV | David Wayne Rhine | 13 | 11/10/17 | N/A | N/A |
| 1:17-bk-04852-HWV | Kenneth E. Aubin and Deborah E. Aubin | 13 | 11/27/17 | N/A | N/A |
| 1:17-bk-04959-HWV | Dorothy M. Wolff | 13 | 11/30/17 | N/A | N/A |
| 1:17-bk-05022-HWV | Earl G. Wilson | 13 | 12/05/17 | N/A | N/A |
| 1:17-bk-05076-HWV | George P. Culler, II and Michelle R. Culler | 13 | 12/10/17 | N/A | N/A |
| 1:17-bk-05130-HWV | Michael R. Musser and Valerie D. Musser | 13 | 12/15/17 | N/A | N/A |
| 1:17-bk-05246-HWV | Joseph Jeffrey Fetsko | 13 | 12/27/17 | N/A | N/A |
| 1:18-ap-00046-HWV | Miller et al v. Plunkett | *Lead BK:* 1:18-bk- | 05/07/18 | N/A | N/A |

| | 00477-HWV Nancy Jean Plunkett | | | | |
|---|---|---|---|---|---|
| 1:18-bk-00088-HWV | Jonathan P. Hicks and Lori A. Hicks | 13 | 01/11/18 | N/A | N/A |
| 1:18-bk-00184-HWV | Doris E. Temp | 13 | 01/18/18 | N/A | N/A |
| 1:18-bk-00236-HWV | Judith Ann Graziosi | 13 | 01/23/18 | N/A | N/A |
| 1:18-bk-00302-HWV | Robert W. Otto and Paulette A. Otto | 13 | 01/26/18 | N/A | N/A |
| 1:18-bk-00335-HWV | Peter J Roberto | 13 | 01/30/18 | N/A | N/A |
| 1:18-bk-00366-HWV | Lillian Elaine Forbes | 13 | 01/31/18 | N/A | N/A |
| 1:18-bk-00395-HWV | Christopher M. Lincoln and Laurie Lincoln | 13 | 01/31/18 | N/A | N/A |
| 1:18-bk-00453-HWV | Sara M. Witmer | 13 | 02/02/18 | N/A | N/A |
| 1:18-bk-00477-HWV | Nancy Jean Plunkett | 13 | 02/05/18 | N/A | N/A |
| 1:18-bk-00509-HWV | Richard C. Derrick and Nannette M. Derrick | 13 | 02/08/18 | N/A | N/A |
| 1:18-bk-00551-HWV | Jason A. Buckmaster and Jennifer R. Buckmaster | 13 | 02/12/18 | N/A | N/A |
| 1:18-bk-00577-HWV | Katherine Elizabeth Postell | 13 | 02/14/18 | N/A | N/A |
| 1:18-bk-00595-HWV | Abayomi H. Adeyemi | 13 | 02/15/18 | N/A | N/A |
| 1:18-bk-00596-HWV | Andrew D. Vinson | 13 | 02/15/18 | N/A | N/A |
| 1:18-bk-00664-HWV | Jacqueline G Ege | 13 | 02/21/18 | N/A | N/A |
| 1:18-bk-00732-HWV | Lisa Ann Taylor | 13 | 02/23/18 | N/A | N/A |
| 1:18-bk-01052-HWV | Richard L. Ward | 13 | 03/15/18 | N/A | N/A |
| 1:18-bk-01297-HWV | Ethan K. Dixon and Jessica L. Dixon | 13 | 03/29/18 | N/A | N/A |
| 1:18-bk-01381-HWV | Jason M. Leckrone and Bethany J. Leckrone | 13 | 04/04/18 | N/A | N/A |
| 1:18-bk-01402-HWV | Kenny Velazquez | 13 | 04/05/18 | N/A | N/A |
| 1:18-bk-01428-HWV | Rebecca L. Wakeman | 13 | 04/06/18 | N/A | N/A |
| 1:18-bk-01554-HWV | Dominic Louis Iacavone and Kimberly Iacavone | 13 | 04/16/18 | N/A | N/A |
| 1:18-bk-01557-HWV | John H. Senft, Jr. and | 13 | 04/16/18 | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| | Jennifer L. Senft | | | | |
| 1:18-bk-01706-HWV | Daniel A. Lescalleet | 13 | 04/25/18 | N/A | N/A |
| 1:18-bk-01709-HWV | Seth Allen Peck and Holly Cherie Peck | 13 | 04/25/18 | N/A | N/A |
| 1:18-bk-01735-HWV | William P. Renn and Jodi A. Renn | 13 | 04/26/18 | N/A | N/A |
| 1:18-bk-01915-HWV | Chad R. Hollabaugh and Amber L. Hollabaugh | 13 | 05/06/18 | N/A | N/A |
| 1:18-bk-02122-HWV | John R. Keefauver | 13 | 05/21/18 | N/A | N/A |
| 1:18-bk-02365-HWV | Lonnie R Cline and April Sue Cline | 13 | 06/05/18 | N/A | N/A |
| 1:18-bk-02562-HWV | Thomas Edward Culley, Jr. and Dawn L. Culley | 13 | 06/15/18 | N/A | N/A |
| 1:18-bk-02572-HWV | Scott Allen Edleblute | 13 | 06/18/18 | N/A | N/A |
| 1:18-bk-02724-HWV | Karol A. Feeser | 13 | 06/28/18 | N/A | N/A |
| 1:18-bk-02750-HWV | Christopher Eugene Kennedy and Sarah Linn Kennedy | 13 | 06/29/18 | N/A | N/A |
| 1:18-bk-02945-HWV | Tyler Steven Allen Lighty | 13 | 07/17/18 | N/A | N/A |
| 1:18-bk-03120-HWV | Phillip E. Reed and Shannon R. Reed | 13 | 07/27/18 | N/A | N/A |
| 1:18-bk-03272-HWV | Jimmy Bolen | 13 | 08/03/18 | N/A | N/A |
| 1:18-bk-03276-HWV | Harry B. Sechrist, III | 13 | 08/03/18 | N/A | N/A |
| 1:18-bk-03377-HWV | Theresa Lynn Taylor-England | 13 | 08/13/18 | N/A | N/A |
| 1:18-bk-03551-HWV | Marisol Feliciano | 13 | 08/27/18 | N/A | N/A |
| 1:18-bk-03637-HWV | Keith A. Dile | 13 | 08/30/18 | N/A | N/A |
| 1:18-bk-03640-HWV | Donald M. Kail, III | 13 | 08/30/18 | N/A | N/A |
| 1:18-bk-03708-HWV | Cinthya Gonzalez | 13 | 09/04/18 | N/A | N/A |
| 1:18-bk-03910-HWV | Darren Clarence Evans | 13 | 09/18/18 | N/A | N/A |
| 1:18-bk-03997-HWV | Michael G Soondar | 13 | 09/24/18 | N/A | N/A |
| 1:18-bk-04227-HWV | Randy Lee Green and Laura Elizabeth Green | 13 | 10/04/18 | N/A | N/A |
| 1:18-bk-04414-HWV | Rhonda R. Robinson | 13 | 10/18/18 | N/A | N/A |

| Case | Name | Chapter | Filed | | |
|---|---|---|---|---|---|
| 1:18-bk-04509-HWV | Janet M. Yeager | 13 | 10/24/18 | N/A | N/A |
| 1:18-bk-04548-HWV | Angelia Diane Axline | 13 | 10/26/18 | N/A | N/A |
| 1:18-bk-04665-HWV | Linda M. Heiner and Korina L. Dreslinski | 13 | 11/02/18 | N/A | N/A |
| 1:18-bk-04956-HWV | Daniel Hillard Hiner and Michelle M Hiner | 13 | 11/27/18 | N/A | N/A |
| 1:18-bk-05007-HWV | Timothy Keller Messner | 13 | 11/29/18 | N/A | N/A |
| 1:18-bk-05008-HWV | Ashley Marie Wolff | 13 | 11/29/18 | N/A | N/A |
| 1:18-bk-05051-HWV | Nicholas H. Leiphart | 13 | 11/30/18 | N/A | N/A |
| 1:18-bk-05106-HWV | Clair Fredrick Buterbaugh, Jr. | 13 | 12/04/18 | N/A | N/A |
| 1:18-bk-05259-HWV | Matthew L Gordon and Stacie L Gordon | 13 | 12/14/18 | N/A | N/A |
| 1:18-bk-05290-HWV | Cynthia A. Batcheler | 13 | 12/18/18 | N/A | N/A |
| 1:18-bk-05321-HWV | Seth L. Young | 13 | 12/21/18 | N/A | N/A |
| 1:18-bk-05389-HWV | Andrew Ryan Cournoyer | 13 | 12/28/18 | N/A | N/A |
| 1:19-bk-00152-HWV | Gary J. Stopyra, Sr. and Laurie A. Stopyra | 13 | 01/14/19 | N/A | N/A |
| 1:19-bk-00183-HWV | David D Ober and Michelle L Ober | 13 | 01/15/19 | N/A | N/A |
| 1:19-bk-00187-HWV | Gary Blair Stone, Jr. | 13 | 01/16/19 | N/A | N/A |
| 1:19-bk-00368-HWV | Charles W. Flory, Jr. | 13 | 01/29/19 | N/A | N/A |
| 1:19-bk-00401-HWV | Carol A. Knisely | 13 | 01/31/19 | N/A | N/A |
| 1:19-bk-00708-HWV | Larry D Stine, Sr. and Sharon L Stine | 13 | 02/20/19 | N/A | N/A |
| 1:19-bk-00884-HWV | William R. Coffroad | 13 | 03/04/19 | N/A | N/A |
| 1:19-bk-00951-HWV | Randy A. Doll | 13 | 03/08/19 | N/A | N/A |
| 1:19-bk-00971-HWV | Gregory Allen Koontz, Jr. | 13 | 03/11/19 | N/A | N/A |
| 1:19-bk-01070-HWV | Mark A. Bolyard and Angela D. Bolyard | 13 | 03/18/19 | N/A | N/A |
| 1:19-bk-01107-HWV | Richard Allen Green | 13 | 03/20/19 | N/A | N/A |
| 1:19-bk-01109-HWV | Darren D. Sanders | 13 | 03/20/19 | N/A | N/A |
| 1:19-bk-01280-HWV | Robert L. Parks and Robin J. Parks | 13 | 03/29/19 | N/A | N/A |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| 1:20-bk-01904-HWV | Jenna S Henry | 13 | 06/23/20 | N/A | N/A |
| 1:20-bk-01920-HWV | Timothy R Scott | 13 | 06/25/20 | N/A | N/A |
| 1:20-bk-01978-HWV | Alan Ken Miller | 13 | 06/30/20 | N/A | N/A |
| 1:20-bk-02061-HWV | Julia A. McGlaughlin | 13 | 07/07/20 | N/A | N/A |
| 1:20-bk-02275-HWV | Leo D Alukonis, Jr. | 7 | 07/29/20 | N/A | N/A |
| 1:20-bk-02313-HWV | Brittany E Pickett | 13 | 07/31/20 | N/A | N/A |
| 1:20-bk-02372-HWV | Heather Nicole Robinson | 13 | 08/06/20 | N/A | N/A |
| 1:20-bk-02425-HWV | Richard G. Lutzke and Margaret L. Lutzke | 13 | 08/13/20 | N/A | N/A |
| 1:20-bk-02598-HWV | Harold N. Johns and Marjorie H. Johns | 13 | 08/31/20 | N/A | N/A |
| 1:20-bk-02627-HWV | Betty A Koontz | 13 | 09/02/20 | N/A | N/A |
| 1:20-bk-02762-HWV | Michael E Gilpin and Tammy L Gilpin | 13 | 09/18/20 | N/A | N/A |
| 1:20-bk-02809-HWV | Shari Ann Colehouse | 13 | 09/23/20 | N/A | N/A |
| 1:20-bk-03001-HWV | Nancy E Crawford | 13 | 10/12/20 | N/A | N/A |
| 1:20-bk-03024-HWV | Michelle S Brown | 13 | 10/14/20 | N/A | N/A |
| 1:20-bk-03100-HWV | Cory Ray Hershey and Sarah M Hershey | 13 | 10/22/20 | N/A | N/A |
| 1:20-bk-03166-HWV | Donna L Lehigh | 13 | 10/29/20 | N/A | N/A |
| 1:20-bk-03355-HWV | Kathy Marie Smith-Lange | 13 | 11/20/20 | N/A | N/A |
| 1:20-bk-03381-HWV | Larry D Bossler and Valerie A Bossler | 13 | 11/24/20 | N/A | N/A |
| 1:20-bk-03459-HWV | Gregory Alan Krouse and Christina L. Krouse | 13 | 12/04/20 | N/A | N/A |
| 1:20-bk-03621-HWV | Jeffrey J Dixon, Sr and Traci M Dixon | 13 | 12/28/20 | N/A | N/A |
| ~~1:21-bk-01429-HWV~~ | ~~Demetrius D. Davis~~ | ~~13~~ | ~~06/25/21~~ | ~~N/A~~ | ~~N/A~~ |
| 4:20-bk-02386-HWV | John E Emerick and Constance M Emerick | 13 | 08/07/20 | N/A | N/A |

*[Handwritten annotation in left margin: "My Current Case"]*

| PACER Service Center |
|---|
| Transaction Receipt |
| 06/28/2021 11:40:02 |

| PACER Login: | etzwitbk2021 | Client Code: | |
|---|---|---|---|
| Description: | Search | Search Criteria: | LName: parker Type: aty Open Cases: included |
| Billable Pages: | 4 | Cost: | 0.40 |