IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| TIMOTHY KELLER MESSNER : | |
|     Debtor/Movant : | |
| : | |
| TIMOTHY KELLER MESSNER, : | |
|     Debtor/Movant : | |
| : | |
|     v. : | |
| : | Case No. 1:18-bk-05007-HWV |
| JACK N. ZAHAROPOULOS, ESQUIRE : | |
| STANDING CHAPTER 13 TRUSTEE : | MOTION TO SELL PROPERTY |
|     Respondent : | OF THE ESTATE |

## **ORDER**

UPON CONSIDERATION of the Debtor's Motion to Sell Property of the Estate, which was filed October 21, 2022, payment of the proceeds of the sale or real property shall hereby be paid as follows:

1. Rushmore Loan Management Services will be paid in full to a proper payoff quote at the time of closing;

2. Any other liens against the real estate being sold will be paid in full to a proper payoff quote at the time of closing;

3. All Attorney's fees and closing costs associated with the closing shall be paid in full;

4. All remaining proceeds of the sale will go to Jack N. Zaharopoulos, Chapter 13 Trustee to be applied towards the currently confirmed plan. Any amounts above the base amount received shall be applied as an additional dividend to unsecured creditors. The remaining proceeds shall be mailed to:

Jack N. Zaharopoulos
Chapter 13 Trustee
PO Box 6008
Memphis, TN 38101-6008

The Court finds that the Debtors Motion is GRANTED. The Debtors are authorized to sell property of the estate in accordance with this Order.

IT IS SO ORDERED