IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TIMOTHY KELLER MESSNER | CHAPTER 13 |
| DEBTOR | CASE NO.: 1:18-bk-05007 |

**WITHDRAWAL OF MOTION**

Kindly withdraw the Motion to Sell filed on October 21, 2022 at docket #70. Due to a significant amount of changes, a new Motion to Sell was filed November 8, 2022 at docket #75 to replace this.

**By: /s/ Nicholas G. Platt**
Nicholas G. Platt 327239
MOONEY LAW
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone
(717) 632-3612 Fax

Dated: November 9, 2022