# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Timothy Keller Messner**                              Case No.  **1:18-bk-05007**
                        Debtor(s)                              Chapter   **13**

## Notice of Change of Address

Debtor's Social Security Number:        **xxx-xx-5570**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:              **Timothy Keller Messner**

Street:            **14819 Fort Loudon Road**

City, State and Zip:   **Mercersburg, PA 17236**

Telephone #:

**Please be advised that effective** June 28, 2023,
**my (our) new mailing address and telephone number is:**

Name:              **Timothy Keller Messner**

Street:            **128 Bluff Road**

City, State and Zip:   **Springfield, GA 31329**

Telephone #:

                                   /s/ Timothy Keller Messner
                                   **Timothy Keller Messner**
                                   Debtor