# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Timothy Keller Messner

                                      Case No.: 1-18-05007HWV

                                      Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Rushmore |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | 0462 |
| Property Address if applicable: | 14819 Fort Loudon Rd |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $3,377.01 |
| b. | Prepetition arrearages paid by the trustee: | $3,377.01 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $861.68 |
| f. | Postpetition arrearage paid by the trustee: | $861.68 |
| g. | Total b, d, and f: | $4,238.69 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: November 21, 2023

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Timothy Keller Messner

    Case No.: 1-18-05007HWV

    Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 21, 2023, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Nicholas G. Platt, Esquire
Mooney Law
230 York St
Hanover PA 17331

**Served by First Class Mail**
Rushmore Loan Management SVC
PO Box 619079
Dallas TX 75261-9079

Timothy Keller Messner
126 Bluff Road
Springfield GA 31359-3948

I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 21, 2023     /s/  Liz Joyce
    Office of the Standing Chapter 13 Trustee
    Jack N. Zaharopoulos
    Suite A, 8125 Adams Dr.
    Hummelstown, PA  17036
    Phone:  (717) 566-6097
    email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-05007   **TIMOTHY KELLER MESSNER**

**RUSHMORE LOAN MANAGEMENT SERVICES, LLC**
PO BOX 52708

IRVINE, CA   92619-

**Sequence:** 07
**Modify:**
**Filed Date:**
**Hold Code:** D

**Acct No:** 0462

| | | | | Debt: | $87,006.32 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|---|
| Amt Sched: | | $0.00 | | | | Accrued Int: | $0.00 |
| Amt Due: | $1,479.86 | | | Paid: | $64,465.64 | Balance Due: | $22,540.68 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5010** | **RUSHMORE LOAN MANAGEMENT SERVICES, LLC** | | | | | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 08/17/2022 | 2016100 | $1,594.12 | $0.00 | $1,594.12 | 08/26/2022 |
| | | | | | | | Payment for 8/2022 | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 07/13/2022 | 2015028 | $1,594.12 | $0.00 | $1,594.12 | 07/20/2022 |
| | | | | | | | Payment for 7/2022 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/14/2022 | 2013703 | $1,594.12 | $0.00 | $1,594.12 | 07/13/2022 |
| | | | | | | | Payment for 6/2022 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 05/17/2022 | 2012653 | $1,594.12 | $0.00 | $1,594.12 | 05/26/2022 |
| | | | | | | | Payment for 5/2022 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 04/12/2022 | 2011591 | $1,594.12 | $0.00 | $1,594.12 | 04/28/2022 |
| | | | | | | | Payment for 3/2022 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 04/12/2022 | 2011591 | $1,594.12 | $0.00 | $1,594.12 | 04/28/2022 |
| | | | | | | | Payment for 4/2022 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 03/16/2022 | 2010577 | $1,594.12 | $0.00 | $1,594.12 | 04/06/2022 |
| | | | | | | | Payment for 2/2022 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 01/19/2022 | 2008603 | $1,594.12 | $0.00 | $1,594.12 | 02/09/2022 |
| | | | | | | | Payment for 1/2022 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 12/15/2021 | 2007592 | $1,594.12 | $0.00 | $1,594.12 | 12/29/2021 |
| | | | | | | | Payment for 12/2021 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 10/14/2021 | 2005523 | $1,621.22 | $0.00 | $1,621.22 | 10/29/2021 |
| | | | | | | | Payment for 9/2021 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 09/14/2021 | 2004503 | $1,621.22 | $0.00 | $1,621.22 | 09/22/2021 |
| | | | | | | | Payment for 8/2021 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 08/18/2021 | 2003462 | $1,621.22 | $0.00 | $1,621.22 | 08/27/2021 |
| | | | | | | | Payment for 7/2021 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 07/14/2021 | 2002424 | $1,621.22 | $0.00 | $1,621.22 | 07/29/2021 |
| | | | | | | | Payment for 5/2021 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 07/14/2021 | 2002424 | $1,621.22 | $0.00 | $1,621.22 | 07/29/2021 |
| | | | | | | | Payment for 6/2021 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/16/2021 | 2001447 | $1,621.22 | $0.00 | $1,621.22 | 06/30/2021 |
| | | | | | Payment for 4/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 05/18/2021 | 2000432 | $1,621.22 | $0.00 | $1,621.22 | 05/28/2021 |
| | | | | | Payment for 3/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 04/15/2021 | 1229058 | $1,621.22 | $0.00 | $1,621.22 | 04/27/2021 |
| | | | | | Payment for 2/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 03/17/2021 | 1228034 | $1,621.22 | $0.00 | $1,621.22 | 03/29/2021 |
| | | | | | Payment for 1/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 02/17/2021 | 1227027 | $1,621.22 | $0.00 | $1,621.22 | 02/24/2021 |
| | | | | | Payment for 12/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 01/19/2021 | 1226003 | $1,420.94 | $0.00 | $1,420.94 | 02/02/2021 |
| | | | | | Payment for 11/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 12/10/2020 | 1224217 | $1,420.94 | $0.00 | $1,420.94 | 12/29/2020 |
| | | | | | Payment for 10/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 11/03/2020 | 1223323 | $1,420.94 | $0.00 | $1,420.94 | 11/13/2020 |
| | | | | | Payment for 9/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 10/15/2020 | 1222466 | $1,420.94 | $0.00 | $1,420.94 | 10/23/2020 |
| | | | | | Payment for 8/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 09/17/2020 | 1221425 | $1,420.94 | $0.00 | $1,420.94 | 09/24/2020 |
| | | | | | Payment for 7/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 08/12/2020 | 1220383 | $1,420.94 | $0.00 | $1,420.94 | 08/27/2020 |
| | | | | | Payment for 5/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 08/12/2020 | 1220383 | $1,420.94 | $0.00 | $1,420.94 | 08/27/2020 |
| | | | | | Payment for 6/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 07/07/2020 | 1219326 | $1,420.94 | $0.00 | $1,420.94 | 07/22/2020 |
| | | | | | Payment for 4/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/02/2020 | 1218318 | $1,420.94 | $0.00 | $1,420.94 | 06/15/2020 |
| | | | | | Payment for 3/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 05/06/2020 | 1217358 | $1,420.94 | $0.00 | $1,420.94 | 05/14/2020 |
| | | | | | Payment for 2/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 04/14/2020 | 1216242 | $1,420.94 | $0.00 | $1,420.94 | 04/28/2020 |
| | | | | | Payment for 12/2019 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 04/14/2020 | 1216242 | $1,420.94 | $0.00 | $1,420.94 | 04/28/2020 |
| | | | | | Payment for 1/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 03/12/2020 | 1214947 | $1,404.59 | $0.00 | $1,404.59 | 03/25/2020 |
| | | | | | Payment for 11/2019 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 02/13/2020 | 1213643 | $1,404.59 | $0.00 | $1,404.59 | 02/21/2020 |
| | | | | | Payment for 9/2019 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 02/13/2020 | 1213643 | $1,404.59 | $0.00 | $1,404.59 | 02/21/2020 |
| | | | | | Payment for 10/2019 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | FREEDOM MORTGAGE CORP | | 01/16/2020 | 1212275 | $1,404.59 | $0.00 | $1,404.59 | 01/28/2020 |
| | | | | | | Payment for 8/2019 | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 12/12/2019 | 1210896 | $1,404.59 | $0.00 | $1,404.59 | 12/17/2019 |
| | | | | | | Payment for 7/2019 | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 10/10/2019 | 1208515 | $1,404.59 | $0.00 | $1,404.59 | 10/17/2019 |
| | | | | | | Payment for 6/2019 | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 09/26/2019 | 1207212 | $1,404.59 | $0.00 | $1,404.59 | 10/02/2019 |
| | | | | | | Payment for 4/2019 | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 09/26/2019 | 1207212 | $1,404.59 | $0.00 | $1,404.59 | 10/02/2019 |
| | | | | | | Payment for 5/2019 | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 08/07/2019 | 1205791 | $1,404.59 | $0.00 | $1,404.59 | 08/15/2019 |
| | | | | | | Payment for 3/2019 | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 04/11/2019 | 1200382 | $1,404.59 | $0.00 | $1,404.59 | 04/19/2019 |
| | | | | | | Payment for 12/2018 | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 04/11/2019 | 1200382 | $1,404.59 | $0.00 | $1,404.59 | 04/19/2019 |
| | | | | | | Payment for 1/2019 | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 04/11/2019 | 1200382 | $1,404.59 | $0.00 | $1,404.59 | 04/19/2019 |
| | | | | | | Payment for 2/2019 | | |

**Sub-totals:** $64,465.64  $0.00  $64,465.64

**Grand Total:** $64,465.64  $0.00

# Disbursements for Claim

**Case:** 18-05007    **TIMOTHY KELLER MESSNER**

RUSHMORE LOAN MANAGEMENT SERVICES
PO BOX 52708

IRVINE, CA 92619-2708

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:** D

**Acct No:** 0462/POST ARREARS/14819 F

POST-PETITION ARREARS  OCT-NOV 2021  3RD AP

| | | | |
|---|---|---|---|
| Amt Sched: $0.00 | Debt: $3,242.44 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $861.68 | Accrued Int: $0.00 | |
| | | Balance Due: $2,380.76 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5210** | **RUSHMORE LOAN MANAGEMENT SERVICES** | | | | | | | |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 08/17/2022 | 2016098 | $46.90 | $0.00 | $46.90 | 08/26/2022 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 07/13/2022 | 2015026 | $96.69 | $0.00 | $96.69 | 07/20/2022 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 06/14/2022 | 2013705 | $96.69 | $0.00 | $96.69 | 07/14/2022 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 05/17/2022 | 2012655 | $96.68 | $0.00 | $96.68 | 05/26/2022 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 04/12/2022 | 2011593 | $266.66 | $0.00 | $266.66 | 04/28/2022 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 01/19/2022 | 2008605 | $144.63 | $0.00 | $144.63 | 02/09/2022 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 12/15/2021 | 2007594 | $113.43 | $0.00 | $113.43 | 12/28/2021 |
| | | | Sub-totals: | | $861.68 | $0.00 | $861.68 | |
| | | | Grand Total: | | $861.68 | $0.00 | | |

# Disbursements for Claim

**Case:** 18-05007  **TIMOTHY KELLER MESSNER**

RUSHMORE LOAN MANAGEMENT SERVICES
PO BOX 52708

IRVINE, CA 92619-2708

**Acct No:** 0462/PRE ARREARS/14819 FC

**Sequence:** 24
**Modify:**
**Filed Date:** 1/15/2019 12:00:00AM
**Hold Code:** D

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $196,121.00 | Debt: $12,707.48 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $3,377.01 | Accrued Int: $0.00 | |
|  |  | Balance Due: $9,330.47 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **RUSHMORE LOAN MANAGEMENT SERVICES** | | | | | | | |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 08/17/2022 | 2016098 | $183.82 | $0.00 | $183.82 | 08/26/2022 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 07/13/2022 | 2015026 | $378.92 | $0.00 | $378.92 | 07/20/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 06/14/2022 | 2013705 | $378.92 | $0.00 | $378.92 | 07/14/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 05/17/2022 | 2012655 | $378.92 | $0.00 | $378.92 | 05/26/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/12/2022 | 2011593 | $1,045.04 | $0.00 | $1,045.04 | 04/28/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/19/2022 | 2008605 | $566.82 | $0.00 | $566.82 | 02/09/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/15/2021 | 2007594 | $444.57 | $0.00 | $444.57 | 12/28/2021 |

Sub-totals: $3,377.01  $0.00  $3,377.01

Grand Total: $3,377.01  $0.00